**MEMO ENDORSED**

## RAAB, STURM & GANCHROW, LLP
COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2021
```

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

\* ADMITTED IN NY
\*\*ADMITTED IN NY AND NJ
\*\*\*ADMITTED IN NY AND CT
\*\*\*\*ADMITTED IN NY AND FLA
\*\*\*\*\*ADMITTED IN NY, NJ AND MD

July 19, 2021

**VIA ECF ELECRONIC FILING**
Hon. Valerie E. Caproni, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 443
New York, N.Y 10007

**Re:   Building Service 32BJ Health Fund, et al. v Mayerhauser Realty, Inc.
Civil Action No. 21-cv-4764**

Dear Judge Caproni:

Our firm is counsel for the respective Building Service 32BJ Benefit Funds, the Plaintiffs in this matter. Presently, there is an Initial Pretrial Conference before Your Honor scheduled for July 23, 2021 at 11:00 a.m. The Funds ask that this Conference be adjourned *sine die*. This Conference has not been adjourned previously, and no prior requests for postponement have been made.

Defendant Mayerhauser Realty, Inc. ("Defendant") has not appeared in this litigation, and a Clerk's Certificate of Default has been issued. See ECF Document No. 9. The Funds are, in accordance with Your Honor's Rules of Individual Practice, finalizing a proposed Order to Show Cause and supporting documentation seeking issuance of a Default Judgment. These papers will be filed no later than July 21, 2021. In light of this, the Funds ask that the Conference be postponed. If Defendant responds to the Order to Show Cause by appearing in this action, then the Funds ask the Conference be scheduled at that time.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

*/s/ Samuel R. Bloom*
Samuel R. Bloom

Application GRANTED.  The July 23, 2021 IPTC is ADJOURNED *sine die*.  Plaintiffs must apply for a default judgment in accordance with this Court's Individual Practices not later than **July 23, 2021**.

SO ORDERED.

7/19/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE