```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BUILDING SERVICE 32BJ HEALTH FUND,                           :
BUILDING SERVICE 32BJ NORTH HEALTH                           :
FUND, BUILDING SERVICE 32BJ NORTH                            :
PENSION FUND, BUILDING SERVICE 32BJ                          :
LEGAL SERVICES FUND, BUILDING                                :       21-CV-4764 (VEC)
SERVICE 32BJ NORTH LEGAL SERVICES                            :
FUND, BUILDING SERVICE 32BJ THOMAS                           :       ORDER
SHORTMAN TRAINING, SCHOLARSHIP                               :
AND SAFETY FUND, BUILDING SERVICE                            :
32BJ SUPPLEMENTAL RETIREMENT AND                             :
SAVINGS PLAN,                                                :
                                    Plaintiff,               :
              -against-                                      :
                                                             :
MAYERHAUSER REALTY, INC,                                     :
                                                             :
                                    Defendant.               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 23, 2021, the Court issued an Order to Show Cause for Default Judgment, which scheduled a show-cause hearing for August 27, 2021, and required Plaintiffs to serve the Order and accompanying papers on Defendant by certified mail not later than July 30, 2021, Dkt. 15;

WHEREAS on July 30, 2021, Plaintiffs filed an affidavit of service stating that, on July 28, 2021, Plaintiffs' counsel had served copies of the Court's July 23, 2021 Order and accompanying papers on Defendant by certified mail to: 80 Pondfield Road, Bronxville, NY 10708, Dkt. 16; and

WHEREAS Plaintiffs' Complaint (Dkt. 1), Plaintiffs' Request for Issuance of a Summons (Dkt. 3), and exhibits attached to Plaintiffs' counsel's affidavit in support of Plaintiffs'

application for a default judgment (Dkt. 13) all list Defendant's principal place of business (and address) as 85 Pondfield Road, Bronxville, NY 10708;

    IT IS HEREBY ORDERED that not later than **August 25, 2021**, Plaintiffs' counsel must inform the Court by letter whether he mailed the Court's Order to Show Cause and accompanying papers to 80 Pondfield Road or 85 Pondfield Road. To the extent counsel has a receipt or other evidence demonstrating the actual address to which he mailed the Order and accompanying papers, Plaintiffs' counsel must append that evidence to his letter responding to this order.

**SO ORDERED.**

Date: August 24, 2021                     _____
                                                                              **VALERIE CAPRONI**
        New York, New York                          **United States District Judge**