UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ NORTH HEALTH
FUND, BUILDING SERVICE 32BJ NORTH
PENSION FUND, BUILDING SERVICE 32BJ
LEGAL SERVICES FUND, BUILDING
SERVICE 32BJ NORTH LEGAL SERVICES
FUND, BUILDING SERVICE 32BJ THOMAS
SHORTMAN TRAINING, SCHOLARSHIP
AND SAFETY FUND, BUILDING SERVICE
32BJ SUPPLEMENTAL RETIREMENT AND
SAVINGS PLAN,

                                             Plaintiff,

              -against-

MAYERHAUSER REALTY, INC,

                                  Defendant.

------------------------------------------------------------ X

21-CV-4764 (VEC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/21

VALERIE CAPRONI, United States District Judge:

WHEREAS a show-cause hearing was scheduled for October 15, 2021, at 11:00 a.m. (Dkt. 19); and

WHEREAS Plaintiff failed to appear at that hearing;

IT IS HEREBY ORDERED that Plaintiff must show cause no later than **Monday, October 18, 2021** why this case should not be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Date: October 15, 2021
New York, NY

                                                               **VALERIE CAPRONI**
                                                         **United States District Judge**