UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ NORTH HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES FUND,
BUILDING SERVICE 32BJ NORTH LEGAL SERVICES FUND,
BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING,
SCHOLARSHIP AND SAFETY FUND, AND
BUILDING SERVICE 32BJ SUPPLEMENTAL
RETIREMENT AND SAVINGS PLAN

|   |   |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: 10/22/21 | |

Civ. Action No. 21-cv-4764

Plaintiffs,

**DEFAULT JUDGMENT**

v.

MAYERHAUSER REALTY, INC.,

Defendant.
------------------------------------------------------------------------X

On application for Default Judgment by Plaintiffs Building Service 32BJ Health Fund, Building Service 32BJ North Health Fund, Building Service 32BJ Legal Services Fund, Building Service 32BJ North Legal Services Fund, Building Service 32BJ Thomas Shortman Training, Scholarship and Safety Fund, and Building Service 32BJ Supplemental Retirement and Savings Plan (the "Funds"), brought on by Order to Show Cause dated July 22, 2021 and returnable before the Honorable Valerie Caproni, United States District Judge, and Defendant Mayerhauser Realty, Inc. ("Defendant") having been duly noticed of the proceeding and the Defendant having not appeared in opposition to the Order to Show Cause, and the Court having found default judgment to be appropriate:

**IT IS HEREBY ADJUDGED** that Plaintiffs Building Service 32BJ Health Fund, Building Service 32BJ North Health Fund, Building Service 32BJ Legal Services Fund, Building Service 32BJ North Legal Services Fund, Building Service 32BJ Thomas Shortman Training, Scholarship and Safety Fund, and Building Service 32BJ Supplemental Retirement and Savings Plan (the "Funds"), having their principal place of business at 25 West 18th Street, New York, New York 10011, do recover of Defendant, Mayerhauser Realty, Inc., located at 85 Pondsville Road, Bronxville, NY 10708, the sum of $58,218.18 in delinquent benefit contributions, along with interest in the amount of $15,135.72 and liquidated damages in the amount of $11,643.66 attorney's fees in the amount of $1,743.75 and costs of $402.00 for a total judgment of **$87,143.31** plus interest at the statutory rate in effect on the date of judgment,

The Clerk is respectfully directed to terminate all open motions and close the case.

Dated:  10/22/21                                By: _____
                                                     Valerie Caproni, U.S.D.J.